# EXHIBIT 1

# The Words of Sun Myung Moon from 2010

## June 5 Proclamation with Translation Added

*Sun Myung Moon*
*June 5, 2010*



The conversation during True Father writing the proclamation (from the transcript of the original video)

Father: Alright, do I need to write my name?

Mother: Yes, Father, (pointing at the place to sign)…just put Sun Myung Moon.

    (Sound is erased for a while)

Father: True foundation, True Parents, for thousands of generations, everything on heaven and earth, the citizens for thousands of generations are of one lineage, and are the children of one heavenly kingdom. It's all in here.

Mother: Yes.

Father: Universal Peace Federation, Federation, we don't need the Federation. Universal Peace and Unification Headquarters is the absolute and unique Headquarters. Its representative and inheritor is Hyung Jin Moon. Anybody else would be a heretic and a destroyer.

Mother: It's the person who is a destroyer.

Father: (Chinese character: Destroy) With this character it means the person who destroys. The above content is True Parents' proclamation. Signed, Sun Myung Moon!

Mother: Date, you need to put down the date.

Father: What?

Mother: Date!

Father: What about the date?

Father: It should say this is announced in 2010, 2010.

Father: Two-thousand?

Mother: It is two-thousand and ten, ten. Two-thousand and ten… no, not two-thousand, it's two-thousand and ten. "Ten," you are forgetting to put the "ten." It would have been better to write it horizontally. (Running out of space to write)

Father: What month is it?

Mother: It is 2010, in the Heavenly Calendar, 4th month, 23rd day (together with Hyung Jin Nim). It would be good to put 4 and 23. Yes, 4th month, 23… 23rd day… 4th month, 23rd day.

Father: Is today the 23rd?

Mother, Hyung Jin Nim and Yeon Ah Nim: Yes, it is April 23rd by Heavenly Calendar.

Mother: Twenty. Twenty, Father, you left out "20".

Hyung Jin Nim: If you just write the character for "10"…

Mother: Put a dot there. Yes...3rd day.

Father: This is fine. It doesn't have to be any bigger.

Mother: Is it OK to put this whole thing out (on the internet)?

Hyung Jin Nim: Because… this sort of has a strong wording…

Mother: This is kind of strong…

Father: What?

Mother: Does this go up on the internet?

Father: Can go up.

Mother: Also, (pointing at Hyung Jin Nim) will you also not write that we should only obey President of the World Mission Headquarters? Isn't it what you wanted? Do you not want to write, that all mission countries, all Unification people should only acknowledge the direction of the official memos from the World Mission Headquarters? Even if we put that on the internet, there is no problem. If the members know this, then they won't follow Hyun Jin. This one (the one with the entire contents written on the full sheet) we can keep.

Father: What do you mean, keep? You just follow everything. It contains everything.

Mother: Yes, I know everything is in there, but…

Father: (Reading what he wrote) Here, here, here, there's nothing more to say. There is only one King of Kings, who is God, only one True Parents, throughout tens of thousands of generations, all families are the people who share a single lineage, and are the children of one heavenly kingdom. They have the same blood lineage. The Universal Peace and Unification Federation Headquarters is the absolute and unique Headquarters. There cannot be two Headquarters.

Universal Peace and Unification, there is no Federation…just say Unification. Unification Headquarters is also the absolute and unique Headquarters. Its representative and inheritor is Hyung Jin Moon. Anybody else is a heretic and a destroyer. This is the proclamation of the True Parents. Signed, Sun Myung Moon. April 23, 2010.

Mother: (Appears disappointed) Yes…

Father: Not here, but here…

Mother: Do you want to write it here? Please prop up the World Mission Headquarters…

Father: What?

Mother: I'm saying, please prop up the World Mission Headquarters.

Father: (Pointing at his writing) This, this is the one and only Headquarters, the absolute Headquarters.

Mother: Yes, but because they don't know that…

Father: (Reading the paper) Here, the representative and inheritor is Hyung Jin Moon, anybody else is a heretic and a destroyer, and this content is the proclamation of the True Parents. What else do you want me to say?

Mother: Alright, I understand… (Silence)… Sigh… (Silence)… Sigh… (Silence) "Therefore, the people should only believe in the official memo issued by the World Mission Headquarters."

Father: Why do you keep pushing this? Huh?

Mother: I am just saying, it should be explained like that. I think that phrase is very important. I understand you fully but… (Silence)… But, because they don't acknowledge the Mission Headquarters, I am just saying that you should prop up its name.

Father: Acknowledge what? (Pointing at the words he wrote) Here, it says Hyung Jin's Headquarters, it's all Hyung Jin Moon everywhere... (Laughs)

Mother: Yes, but the reality is…oh, geez…

Mother: Alright, I understand… (Silence)… Sigh… (Silence)… Sigh… (Silence) "Therefore, the people should only believe in the official memo issued by the World Mission Headquarters."

Father: Why do you keep pushing this? Huh?

Mother: I am just saying, it should be explained like that. I think that phrase is very important. I understand you fully but… (Silence)… But, because they don't acknowledge the Mission Headquarters, I am just saying that you should prop up its name.

Father: Acknowledge what? (Pointing at the words he wrote) Here, it says Hyung Jin's Headquarters, it's all Hyung Jin Moon everywhere... (Laughs)

Mother: Yes, but the reality is…oh, geez…

Father: What are you saying? Your name, do it in your name. (Handing the paper to Mother)

Mother: No, not me, it should be from one source, from your name. It should come out in your name.

Father: So, so what is it that you want me to write?

Mother: I am saying, "Only follow the official memos from the World Mission Headquarters," that's what I am saying. So, it should say, "Only the official memos issued by the World Mission Headquarters are legitimate," Signed, Sun Myung Moon, that's what I am saying.

    (Silence)

Mother: I am not even saying prop up Hyung Jin's name.
I am just saying, "the people should only acknowledge the official memos from the World Mission Headquarters," coming from your name.
That's all. Please just write it like that, one simple phrase.

    (Talking to Hyung Jin Nim)

You should sufficiently teach this, you should educate the members with this.

    (To Father)

I understand about education, but please just write one simple phrase to put up on the internet.

Father: (Looking at the other side of the paper) Here, behind this here.

Mother: Yes, you can do that. Please write it on the back.

Father: What do I write?

Mother: World Mission Headquarters.

Father: What mission?

Mother: Unification mission, Unification mission.

Father: Universal Unification Church, Universal Unification Church…

Mother: World Mission Headquarters…

Father: Universal Unification Church Headquarters…

Mother: But you have to put World Headquarters in parenthesis. It is because the current name is set up that way.

Hyung Jin Nim: It's currently set up that way legally…

Mother: It's because, Hyun Jin ignores this legal name.

Hyung Jin Nim: Yes.

Mother: That's why, I am saying you should make it clear.

Father: What are you saying? You write it. You should just write it yourself.

Mother: From the World Mission Headquarters…

Father: What World Mission Headquarters?

Mother: Unificationism.

Father: Universal Federation…

Mother: If you want to write Universal Federation, then you should say, *Accept only the official memos from the Universal Federation, parenthesis, Unificationism, World Mission Headquarters.*
That's what I am saying. I understand the name you want to use, but the name that is legally accepted is…

Father: That boy should believe in this here, I didn't write Hyun Jin's name here.

Mother: I know, I fully understand.

Father: I don't want to put anybody's name here.

Mother: I understand. But we can't have it where some ignorant members say that the official memos from the Mission Headquarters are a fake.

    (To Hyung Jin Nim)

Isn't that right? Is the name, Holy Spirit Association for the Unification of World Christianity World Mission Headquarters?

Hyung Jin Nim: Yes.

    (Speaking to Father who is writing)

It is good enough to just put Unificationism World Headquarters.

Father: Special Announcement…

Mother: Please write it here in one line.

Hyung Jin Nim: World Mission Headquarters, yes!

Father:

    (Writing "Universal Unification")

Hyung Jin Nim: Unificationism!

Mother: Universal Unification World Headquarters.

Hyung Jin Nim: Unificationism World Headquarters, yes.

Mother: Universal Unification World Headquarters, then parenthesis Unificationism Mission Headquarters, Unificationism…

Hyung Jin Nim: Unificationism!

Father: Universal Unification…

Hyung Jin Nim: Unificationism!

Mother: I think you should put Unificationism in parenthesis after Universal Unification.

Father: Universal Unification Federation… Federation.

Mother: You want to write it as Unification Federation?

Hyung Jin Nim: Then people will think it is UPF (Universal Peace Federation). So, if you could just write Unificationism….

Mother: It would be good if you put a parenthesis and then write Unificationism.

Hyung Jin Nim: Otherwise, they will think this is UPF.

Mother: Since Father gave so many names, we are just saying it would be good for you to distinguish it.

I understand about education, but please just write one simple phrase to put up on the internet.

Father: (Looking at the other side of the paper) Here, behind this here.

Mother: Yes, you can do that. Please write it on the back.

Father: What do I write?

Mother: World Mission Headquarters.

Father: What mission?

Mother: Unification mission, Unification mission.

Father: Universal Unification Church, Universal Unification Church...

Mother: World Mission Headquarters...

Father: Universal Unification Church Headquarters...

Mother: But you have to put World Headquarters in parenthesis. It is because the current name is set up that way.

Hyung Jin Nim: It's currently set up that way legally...

Mother: It's because, Hyun Jin ignores this legal name.

Hyung Jin Nim: Yes.

Mother: That's why, I am saying you should make it clear.

Father: What are you saying? You write it. You should just write it yourself.

Mother: From the World Mission Headquarters…

Father: What World Mission Headquarters?

Mother: Unificationism.

Father: Universal Federation…

Mother: If you want to write Universal Federation, then you should say, *Accept only the official memos from the Universal Federation, parenthesis, Unificationism, World Mission Headquarters.* That's what I am saying. I understand the name you want to use, but the name that is legally accepted is…

Father: That boy should believe in this here, I didn't write Hyun Jin's name here.

Mother: I know, I fully understand.

Father: I don't want to put anybody's name here.

Mother: I understand. But we can't have it where some ignorant members say that the official memos from the Mission Headquarters are a fake.

    (To Hyung Jin Nim)

Isn't that right? Is the name, Holy Spirit Association for the Unification of World Christianity World Mission Headquarters?

Hyung Jin Nim: Yes.

    (Speaking to Father who is writing)

It is good enough to just put Unificationism World Headquarters.

Father: Special Announcement…

Mother: Please write it here in one line.

Hyung Jin Nim: World Mission Headquarters, yes!

Father:

    (Writing "Universal Unification")

Hyung Jin Nim: Unificationism!

Mother: Universal Unification World Headquarters.

Hyung Jin Nim: Unificationism World Headquarters, yes.

Mother: Universal Unification World Headquarters, then parenthesis Unificationism Mission Headquarters, Unificationism…

Hyung Jin Nim: Unificationism!

Father: Universal Unification…

Hyung Jin Nim: Unificationism!

Mother: I think you should put Unificationism in parenthesis after Universal Unification.

Father: Universal Unification Federation… Federation.

Mother: You want to write it as Unification Federation?

Hyung Jin Nim: Then people will think it is UPF (Universal Peace Federation). So, if you could just write Unificationism….

Mother: It would be good if you put a parenthesis and then write Unificationism.

Hyung Jin Nim: Otherwise, they will think this is UPF.

Mother: Since Father gave so many names, we are just saying it would be good for you to distinguish it.

Father: Universal Unificationism...

Mother and Hyung Jin Nim: World Mission Headquarters.

Mother: Or you could put World Mission Headquarters in parenthesis…

Mother: (Father writing second line) World Mission Headquarters.

Father: Unificationism World Mission Headquarters?

Mother and Hyung Jin Nim: Yes, yes

Mother: Unificationism World Mission Headquarters.

Hyung Jin Nim: Yes, Mission Headquarters.

Mother: Please say that, Only the official memo issued from the World Mission Headquarters is valid… that the True Parents only accept the public memos from the World Mission Headquarters. It should be an official direction, you see. Or say that the True Parents only accept Headquarters' public memo. Write Father's name and that you accept…only official memo…

Father:

    (Still writing the last part)

Mother: Do you want to write it as signed by True Parents? Or do you want to just put Father's name? Since it's important to show that Father accepts this, it's OK if you just write your name… (Sigh)

    *[The Korean/Hangul version is on the link: vimeo.com/12384264]*

Table of Contents    Tparents Home    Moon Family Page    Unification Library