# EXHIBIT 2



4/18/2015

Dear Brothers and Sisters,

We are writing to you today with heavy hearts, but out of absolute necessity, to outline the official FFWPU position regarding the upcoming marriage ceremony due to be conducted by Hyung Jin Moon and Yeon Ah Moon at the Sanctuary Church of Newfoundland, Pennsylvania on Tuesday, April 21st.

The Principle makes it abundantly clear that substantial and spiritual salvation comes upon the condition of absolute faith, love and obedience to God, as modelled and demonstrated by True Parents throughout their lives. Upon that foundation, True Parents were able to initiate the tradition of the Holy Blessing. The April 21st marriage ceremony hosted by Sanctuary Church is being styled as a "Blessing Ceremony," but FFWPU is making it clear that it is not the Holy Marriage Blessing of True Parents.

Only the True Parents, True Father and True Mother, have the sole authority to bestow the Holy Blessing and to approve others to do so. The Sanctuary Church has not received authority or approval from True Parents to conduct a Blessing ceremony (and indeed has not even asked for it.) Their decision to proceed under these circumstances is a direct and deliberate denial of True Parents' holy authority. Indeed, Sanctuary Church leadership has gone so far as to say that they do not recognize any of the Holy Marriage Blessings performed since True Father's ascension as valid.

In recent weeks, the leaders of the Sanctuary Church have repeatedly made it clear in word and deed that they are pursuing their own independent course and do not want to be affiliated, associated with or part of FFWPU. We are further saddened to see how they have conducted a shocking and malicious attack on True Mother, challenging her authority and position as True Parent, and attempting in every way to foment confusion and mistrust among Unificationists at large.

This angry and unloving stance is further shown to be unprincipled by the two affirmations that April 21st participants are being asked to sign as part of the event. The first, which declares that True Father is the Messiah, may seem innocuous but in fact highlights the defiant and false assertion of Sanctuary Church that True Father alone stands as the Messiah and Savior. In fact, True Father's fundamental teaching, as consistently taught and practiced by True Parents, makes clear that the work of salvation can only be accomplished by True Father and True Mother together. To do this, they had to complete the victorious course of becoming one with God and with each other. True Father proclaimed that True Parents are one many times before his ascension and declared with his last breath that he had accomplished everything.

In a second affirmation, participants will also be asked to say that Hyung Jin Moon is the sole representative of True Parents' truth and tradition. According to the Principle, any such position depends on the fulfillment of human responsibility. Many times in the course of God's providence, God blessed individuals, families and nations and then had to tearfully withdraw His blessing when the central figures failed to fulfill their responsibility. In his current state of rebellion against True Parents, Hyung Jin Moon has by his own words and actions renounced and repudiated his position as heir and representative of True Parents.

Of course, all FFPWU members around the world continue to pray and hope that Hyung Jin Nim and Yeon Ah Nim will turn back from this path of anger and division to one of love and unity, and return to their God-given position. Until that day, we must be aware that because True Parents removed him from his former position as International President, Hyung Jin Moon has no official authority and position within our movement at this time. In particular, he is not authorized by True Parents at this time to give the Holy Marriage Blessing.

Let us be clear: the current actions of Sanctuary Church are unprincipled. In word and deed, they are unfortunately demonstrating all four of what the Principle describes as the natures of the fall: failing to take God's viewpoint as mediated through True Parents, leaving the position of filial piety and obedience, asserting their own authority and dominion in defiance of True Parents' guidance, and attempting to multiply confusion and dissent among members. They have caused a great deal of grief to True Parents and sorrow to our worldwide membership.

We urge all Unificationists who love True Parents not to participate in any ceremonies organized by Sanctuary Church. True Mother is leading our Unification Family with clarity and conviction towards the 2020 goals, in complete obedience to and unity with True Father. We all need to be united together. When we work as one, we can and we will succeed.

Finally, we offer our own repentance for this sorry state of affairs within our movement, all the more so since it is happening right here in the United States. We admit that we fall short in many ways. None of us desire schism and division. Let us return together hand in hand in humility and repentance before God and True Parents.

God bless you and your families!

Dr. Ki Hoon Kim
Continental Director

Dr. Michael Balcomb
President