# EXHIBIT 3



**FOR IMMEDIATE RELEASE**

February 22, 2018

## Unification Church Does Not Encourage Firearm Use

NEW YORK CITY, NY -  After the tragic recent events last week in Parkland, Florida, Family Federation (FFWPU) wishes to express our condolences to the families of the victims of such a horrendous incident. We would also like to take this opportunity to stress that our events, programs and theology do *not* involve the use of firearms or weapons whatsoever.

Family Federation for a Heavenly USA and Family Federation for World Peace and Unification are founded by Reverend and Mrs. Sun Myung Moon. We are also referred to as simply Family Federation or the Unification Church.



A breakaway organization calling themselves The World Peace and Unification Sanctuary of Newfoundland, PA, known simply as Sanctuary Church, is not affiliated with Family Federation. While we respect and support every individual's religious freedom, freedom of speech and constitutional rights, as an organization we strongly oppose the initiation of violence and do not utilize weapons in religious ceremonies.

Local Family Federation pastor, Rev. Iwasaki Shota of the Pennsylvania Family Church said, "*Family Federation is all about healing and reconciliation. We host events to promote interreligious dialogue, responsible civic leadership, and marriage blessing ceremonies. Rev. Moon's teachings are all about bringing people together so that we bring joy and happiness to God, our Heavenly Parent and feel fulfillment ourselves. Bringing weapons into any of that seems completely contradictory to me.*"

While the founder of Sanctuary Church is the son of Rev. Moon, it should be noted that he has sadly chosen to separate from and rebel against his mother and his father's philanthropic endeavors. Since the death of Rev. Moon back in 2012, Family Federation has been led by Mrs. Hak Ja Han Moon, the co-founder. The symbols of Family Federation, both pictured above, are also registered trademarks and not authorized for use by Sanctuary Church.

"*It saddens us that Reverend Moon's son has chosen to separate himself and walk in opposition to his parent's legacy building world peace. As an organization, Family Federation stresses the value of family as the antidote to societal breakdown. But as any family who has its troubles, we still love all of the members of the Sanctuary Church as our brothers and sisters despite our disagreements. We pray every day and look forward to being able to call each other one united family once again*," said Family Federation president Rev. Richard Buessing.

"PEACE BEGINS WITH ME"

481 8th Ave. Box A-12, New York, NY 10001 | t: 212.997.0050 | f: 212.997.0051 | www.familyfed.org

HSAUWC001026



For interviews, statements, or other inquiries, please use the contact information listed below.

###

## About Family Federation

Family Federation is composed of families from around the world striving to establish a world of peace and unity among all peoples, races, and religions as envisioned by Rev. and Mrs. Sun Myung Moon and to embody the ideal of true love as taught in the Divine Principle, the core teachings of the Unification Movement. Family Federation champions three ideals: family, peace, and unification. Our mission statement is:

> *"To guide America back to God through the teachings and Marriage Blessing of True Parents."*

**Contact:**
**Nancy Jubb**
**Press Relations**
212-997-0057
press@familyfed.org

"PEACE BEGINS WITH ME"
481 8th Ave. Box A-12, New York, NY 10001 | t: 212.997.0050 | f: 212.997.0051 | www.familyfed.org

HSAUWC001027