IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYUNG JIN "SEAN" MOON, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 7:19-cv-01705-KMK-JCM |
| HAK JA HAN MOON, et al., | ) **AFFIDAVIT IN SUPPORT OF MOTION** |
| | ) **FOR ADMISSION PRO HAC VICE** |
| Defendants. | ) |

Pursuant to Rule 1.3(c) of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Alan I. Horowitz, declare and affirm the following to be true under penalties of perjury:

(a) I have never been convicted of a felony,

(b) I have never been censured, suspended, disbarred or denied admission or readmission by any court,

(c) there are no proceedings presently against me, and

(d) Not Applicable (the facts and circumstances surrounding any affirmative responses to (a) through (c)).

Dated: April 11, 2019

Respectfully submitted,

*/s/ Alan Horowitz*

Alan I. Horowitz (D.C. Bar #940403)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St. NW
Washington, DC 20006
Tel. (202) 626-5800
Fax. (202) 626-5801
Email: ahorowitz@milchev.com

District of Columbia: SS
Subscribed and sworn to before me, in my presence, this 11th day of April, 2019.

KATHARINE V. TAFURI
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2023