**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HYUNG JIN "SEAN" MOON,

                    Plaintiff,

      -against-

HAK JA HAN MOON, HOLY SPIRIT
ASSOCIATION FOR THE UNIFICATION OF
WORLD CHRISTIANITY, THE FAMILY
FEDERATION FOR WORLD PEACE AND
UNIFICATION INTERNATIONAL, HYO
YUL "PETER" KIM, DOUGLAS D. M.
JOO, CHANG SHIK YANG, KI HOON KIM,
MICHAEL W. JENKINS, MICHAEL
BALCOMB, FARLEY JONES, ALEXA WARD,
AND JOHN DOES 1-6.
                    Defendants.
-----------------------------------------------------------X

19 **CIVIL** 1705 (NRB)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/2019

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 19, 2019, having concluded that the ecclesiastical abstention doctrine bars review of the claims this case, defendants' motions to dismiss are granted; Plaintiff's motion to extend the 90-day service deadline and excuse late service pursuant to Federal Rules Civil Procedure 4(m) is denied as moot.

**Dated:** New York, New York
         December 20, 2019

                                          RUBY J. KRAJICK
                                          Clerk of Court

                     BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 12/20/2019